Kira Barrett, State Bar No. 029778
Matthew Epstein, State Bar No. 039010
**CLYDE & CO US, LLP**
One North Central Avenue, Suite 1030
Phoenix, Arizona 85004
Telephone: (480) 746-4567
Facsimile: (480) 746-4556
kira.barrett@clydeco.us
matthew.epstein@clydeco.us
*Attorneys for Defendants*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tatyana Fadeyeva, a single woman, on her own behalf, as surviving spouse of Alexandr Silin, deceased,<br><br>Plaintiff,<br><br>v.<br><br>Bynum Transport, Inc., a foreign Corporation, Bynum Leasing, Inc., a foreign Corporation, Cedric Anthony Johnson and Jane Doe Johnson, husband and wife; John and Jane Does I-X; Black Corporations IX; and White Corporations I-X,<br><br>Defendants. | Case No. 2:25-CV-00085-JJT<br><br>**NOTICE OF SETTLEMENT** |

Defendants Bynum Transport, Inc., Bynum Leasing, Inc. and Cedric Anthony Johnson hereby notify the Court the parties have reached a settlement of all claims. The parties are working to execute a formal settlement agreement and anticipate filing a stipulation to dismiss and proposed order within 60 days.

Dated: July 3, 2025        **CLYDE & CO US LLP**

By:  */s/ Kira N. Barrett*
         Kira N. Barrett
         Matthew Epstein
         *Attorneys for Defendants*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all of the registered CM/ECF registrants on this matter.

Ryan Skiver
Kellen Bradley
SKIVER BRADLEY, PLLC
3943 East Whitton Avenue
Phoenix, Arizona  85018
Tel.:  (480) 626-1667
Fax:  (480) 482-7285
rskiver@skiverbradley.com
kbradley@skiverbradley.com

*/s/ Joslin Vega*