# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tatyana Fadeyeva, | No. CV-25-00085-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Bynum Transport Incorporated, *et al.*, | |
| Defendants. | |

Upon review of the parties' Stipulation to Dismiss Plaintiff's Complaint with Prejudice (Doc. 74), and good cause appearing,

**IT IS ORDERED** granting the Stipulation (Doc. 74). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

**IT IS FURTHER ORDERED** directing the Clerk to close this matter.

Dated this 7th day of August, 2025.

Honorable John J. Tuchi
United States District Judge